# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### JUDGMENT RENDERED DECEMBER 29, 2022

### NO. 03-21-00051-CV

**Sandra F. Riley, Appellant**

**v.**

**Santomero V. Riley, Appellee**

**APPEAL FROM THE 126TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES TRIANA AND KELLY
VACATED IN PART, REVERSED AND RENDERED IN PART –
OPINION BY CHIEF JUSTICE BYRNE**

This is an appeal from the order signed by the trial court on January 20, 2021. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's order. Therefore, as set out in the Court's opinion, the Court vacates in part and reverses in part the trial court's order and renders judgment in part. The appellee shall pay all costs relating to this appeal, both in this Court and in the court below.